UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-60502-RKA

**RICHARD JAMES DAVERN,**

    Plaintiff,

v.

**GREGORY TONY, in his official capacity
as Sheriff of Broward County, Florida,
JAVIER MORALES, individually, and
ANGEL RIVERA, individually,**

    Defendants.

_____/

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties and the provisions of Florida Statutes, Chapter 44, a Mediation Conference shall be held in this case before **Orestes Perez, Esq.** of Master Mediation Inc. at **Master Mediation Inc., Hosted by Virtual Mediations Live, LLC. via Zoom video conference** on **Tuesday, January 5, 2021** at **3:00PM**. The mediation summaries may be submitted by email to ClientExperience@MasterMediationInc.com, by mail to Master Mediation Inc., PO Box 840638, Pembroke Pines, FL 33024 or by FAX to 954.678.5920. The Mediation is billed at $195 per hour, per party for 3 or less parties. Mediations with 4 or more parties will be billed at $150 per hour, per party. All mediations require a 2-hour minimum. **2 hours have been reserved.**

    In the event any party or attorney has concerns about safety or security for the conference for any reason including a history of threats or violence, they must notify Master Mediation Inc. immediately. Generally, there are no metal detectors or x-ray machines at mediation locations. If there are security or safety concerns, the attorneys are responsible for making arrangements to move the conference to the courthouse or another metal detector secure environment, after notifying Master Mediation Inc.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled at no cost to you, the provision of assistance. Please contact the administrative team at Master Mediation Inc. telephone 954.210.7752 within two (2) working days of receipt of this Notice of Mediation.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY**, that a true and correct copy of the foregoing NOTICE OF MEDIATION has been provided by mail to the below-named addressees this 10TH day of November, 2020, through the Florida Filing Portal CM/ECF System.

By: */s/ Orestes Perez*
**Orestes Perez, Esq.**
**Master Mediation, Inc.**
**Florida Bar Number 21393**
**PO Box 840638**
**Pembroke Pines, FL 33024**
**Telephone: 954.210.7752**
**Rusty.Perez@MasterMediationInc.com**

**SERVICE LIST**

Farnita Saunders Hill, Esq.
MORGAN & MORGAN, P.A.
Florida Bar No.: 1012158
333 West Vine Street, Suite 1200
Lexington, KY  40507
Email: farnitahill@forthepeople.com

Yechezkel Rodal, Esq.
RODAL LAW, P.A.
Florida Bar No.:  91210
5300 N.W. 33rd Ave. Suite 219
Fort Lauderdale, FL 33309
Email: chezky@rodallaw.com

Tamatha S. Alvarez, Esq.
Florida Bar No.: 151467
MARTIN, LISTER & ALVAREZ
1655 N. Commerce Parkway Suite 102
Weston, FL 33326
Telephone: (954) 659-9322
Facsimile: (954) 659-9909
tsalaw@hotmail.com